**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50038**

In the Matter of                                    Case Number:

S.G. and S.G., as parents and Guardians of L.G., a minor
vs.
Rockford Board of Education and
Kenneth Held, in his capacity as Principal of Rolling Green Elementary School

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

S.G. and S.G., as parents and Guardians of L.G., a minor

| | |
|---|---|
| NAME (Type or print) |
| Joyce O'Neill Austin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ /s/ Joyce O'Neill Austin |
| FIRM |
| Shriver, O'Neill & Thompson |
| STREET ADDRESS |
| 515 N. Court Street |
| CITY/STATE/ZIP |
| Rockford/IL/61103-6807 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6192790 | 815-963-4895 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |