STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| S.G. and S.G., as parents and guardians of L.G., a minor, )<br><br>       Plaintiff, )<br>       )<br>v. )<br>       )<br>ROCKFORD BOARD OF EDUCATION and )<br>KENNETH HELD, in His Capacity as Principal )<br>of Rolling Green Elementary School, )<br>       )<br>       Defendant. ) | No. 08-C-50038 |

## APPEARANCE

NOW COMES HINSHAW & CULBERTSON LLP and hereby enters its Appearance for ROCKFORD BOARD OF EDUCATION, SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS (incorrectly identified as "Rockford Board of Education"), and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School, Defendants, in the above-entitled cause of action.

Dated: May 5, 2008

Attorneys for Defendants, ROCKFORD BOARD OF EDUCATION, SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS, and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School

By:  HINSHAW & CULBERTSON LLP

/s Lori L. Hoadley
One of Their Attorneys

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: 815-490-4900
Fax: 815-490-4901

70560849v1 887625

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on May 5, 2008, a copy of the foregoing was served upon:

**S.G. and S.G. v. Rockford Board of Education, School District No. 205**

For Plaintiff:
Joyce O'Neill Austin, Esq.
The Law Offices of Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone 815.963.4896
Fax 815.963.4904

By depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

/s Rhonda Walker

Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone 815.490.4900
Fax 815.490.4901

70560849v1 887625