STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| S.G. and S.G., as parents and guardians of L.G., a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-C-50038 |
| v. ) | |
| ) | |
| ROCKFORD BOARD OF EDUCATION and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School, ) ) ) | |
| ) | |
| Defendant. ) | |

TO:  <u>See Attached Service List</u>

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **May 7, 2008**, at **1:30 p.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Kapala** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:

Present **Defendants' Motion to Dismiss Count IV of Plaintiffs' Complaint**, a copy attached,

At which time and place you may appear, if you so desire.

Dated:  May 5, 2008

Attorneys for Defendant, ROCKFORD BOARD OF EDUCATION, SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS, and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School

By:  HINSHAW & CULBERTSON LLP

/s Lori L. Hoadley
One of Their Attorneys

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: 815-490-4900

## AFFIDAVIT OF SERVICE

The undersigned, pursuant to the provisions of Section 1-109 of the Illinois Code of Civil Procedure, hereby under penalty of perjury under the laws of the United States of America, certifies that on May 5, 2008, a copy of the foregoing was served upon:

**S.G. and S.G. v. Rockford Board of Education, School District No. 205**

<u>For Plaintiff</u>:
Joyce O'Neill Austin, Esq.
The Law Offices of Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone 815.963.4896
Fax    815.963.4904

By depositing a copy thereof, enclosed in an envelope in the United States Mail at Rockford, Illinois, proper postage prepaid, before the hour of 5:00 P.M., addressed as above.

/s Rhonda Walker

Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone 815.490.4900
Fax    815.490.4901

70560848v1 887625