STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE JUDICIAL CIRCUIT
COUNTY OF WINNEBAGO

| | |
|---|---|
| S.G. and S.G., as parents and guardians of L.G., a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08-C-50038 |
| v. ) | |
| ) | |
| ROCKFORD BOARD OF EDUCATION and ) | |
| KENNETH HELD, in His Capacity as Principal ) | |
| of Rolling Green Elementary School, ) | |
| ) | |
| Defendant. ) | |

TO: <u>See Attached Service List</u>

### RULE 5.3(b) NOTICE OF PRESENTMENT OF MOTION

YOU ARE HEREBY NOTIFIED, that on **May 9, 2008**, at **1:30 p.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Magistrate Mahoney** in the Room occupied by him, or in his absence, any other Judge that may be presiding in said Court Room, in the United States District Court, 211 South Court Street, at Rockford, Illinois, and then and there:

Present **Defendants' Motion for Judgment on the Pleadings,** a copy attached,

At which time and place you may appear, if you so desire.

Dated: May 6, 2008

Attorneys for Defendant, ROCKFORD BOARD OF EDUCATION, SCHOOL DISTRICT NO. 205, WINNEBAGO-BOONE COUNTIES, ILLINOIS, and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School

By: HINSHAW & CULBERTSON LLP

/s Lori L. Hoadley
One of Their Attorneys

Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: 815-490-4900

70561060v1 887625

## AFFIDAVIT OF SERVICE

The undersigned certifies that on May 6, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**S.G. and S.G. v. Rockford Board of Education, School District No. 205**

<u>For Plaintiff</u>:
Joyce O'Neill Austin, Esq.
The Law Offices of Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL  61103
Phone  815.963.4896
Fax     815.963.4904


/s Rhonda Walker


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL  61105-1389
Phone  815.490.4900
Fax     815.490.4901