UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **S.G. and S.G.,** as parents and guardians of **L.G.,** a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08-C-50038 |
| vs. | ) ) | |
| **ROCKFORD BOARD OF EDUCATION** and **KENNETH HELD**, in His Capacity as Principal of Rolling Green Elementary School, | ) ) ) ) ) | Judge Kapala Magistrate Mahoney |
| Defendants. | ) | |

TO:   See Attached Service List

## NOTICE OF FILING

    YOU ARE HEREBY NOTIFIED, that on June 4, 2008, I electronically filed via the U.S. District Court CM/ECF E-Filing System a RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES, a RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON PLEADINGS, a RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF PLAINTIFFS' COMPLAINT, PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, and PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR RESPONSE TO DEFENDANTS' MOTION TO DISMISS COUNT IV OF PLAINTIFFS' COMPLAINT , a copy of each is hereby served upon you.

DATED: June 4, 2008                    Attorney for Plaintiffs, S.G. and S.G. as parents and guardians of L.G., a minor, Plaintiffs.

                                                            By: /s/Joyce O'Neill Austin

Joyce O'Neill Austin
Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896

## AFFIDAVIT OF SERVICE

The undersigned certifies that on June 4, 2008, a copy of the following was electronically served vis the U.S. District Court CM/ECF E-Filing System upon the following:

**S.G. and S.G. v. Rockford Board of Education, School District No. 205**

For Defendant:
Lori L. Hoadley
Hinshaw & Culbertson LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone: (815) 490-4900


　　　　　　　　　　　　　　　/s/ Michelle Kayser


Prepared by:
THE LAW OFFICES OF
SHRIVER, O'NEILL & THOMPSON
Joyce O'Neill Austin
515 N. Court Street
Rockford, IL 61103
Phone: (815) 963-4896
Fax:    (815) 963-4904