IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| S.G. and S.G., as parents and guardians of L.G., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKFORD BOARD OF EDUCATION and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School, <br><br> Defendants. | Case No.: 08-C-50038 <br><br> Judge: Kapala <br> Magistrate Mahoney |

### NOTICE OF FILING

TO:  Joyce O'Neill Austin, Esq., The Law Offices of Shriver, O'Neill & Thompson, 515 N. Court Street, Rockford, IL 61103

PLEASE TAKE NOTICE THAT on June 17, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Western Division, the attached *Defendant's Reply in Support of their Motion to Dismiss Count IV of the Plaintiff's Complaint* and *Defendant's Reply in Support of their Motion for Judgment on the Pleadings*, copies of which is herewith served upon you.

Date: June 17, 2008

Respectfully submitted,

By: ROCKFORD BOARD OF EDUCATION and KENNETH HELD, in His Capacity as Principal of Rolling Green Elementary School, Defendants.

/s/ Lori L. Hoadley
Lori L. Hoadley
HINSHAW & CULBERTSON LLP
One of Its Attorneys

HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
815-490-4900

70565502v1 887625

## AFFIDAVIT OF SERVICE

The undersigned certifies that on June 17, 2008, a copy of the foregoing was electronically served via the U.S. District Court CM/ECF E-Filing System upon the following:

**S.G. and S.G. v. Rockford Board of Education, School District No. 205**

For Plaintiff:
Joyce O'Neill Austin, Esq.
The Law Offices of Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103
Phone 815.963.4896
Fax    815.963.4904


/s Sue Zimmerman


Firm No. 695
HINSHAW & CULBERTSON LLP
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
Phone 815.490.4900
Fax    815.490.4901

70565502v1 887625